**Dismissed and Opinion Filed May 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00091-CV

**JANIE TURNER, Appellant**
**V.**
**ARLEE BURNS AND LOIS BURNS, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-06248-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 29, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 29, 2016, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated March 17, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without

payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160091F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JANIE TURNER, Appellant

No. 05-16-00091-CV      V.

ARLEE BURNS AND LOIS BURNS,
Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-15-06248-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellees ARLEE BURNS AND LOIS BURNS recover their costs of this appeal from appellant JANIE TURNER.

Judgment entered May 27, 2016.